JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHROME HEARTS LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>URBAN SURVIVAL GEAR USA, et al.<br><br>　　　　　Defendants. | Case No. 5:21-cv-1777 JGB (SHKx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiff;

3. Plaintiff is **AWARDED** $10,000 in statutory damages;

4. A permanent injunction is **ISSUED** against Defendants from manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling products which bear the Chrome Hearts Marks, or any marks/designs identical, substantially similar, and/or confusingly similar thereto as consistent with the Court's Order; and

5. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to Defendants. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____August 31_, 2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　United States District Judge